**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCO MACIAS, et al., | Case No.: 1:18-cv-1634 - DAD- JLT |
| Plaintiffs, | ORDER DIRECTING ESMERALDA VALBOVINOS TO FILE A MOTION TO PROCEED AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.M. |
| v. | |
| CITY OF DELANO, et al., | |
| Defendants. | |

In the complaint filed in this action, Plaintiffs indicated that Esmeralda Valbovinos would be proceeding as the guardian ad litem for the minor plaintiff M.M. (*See* Doc. 1 at 1, 3) Pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)). Here, though the complaint indicates a guardian is necessary for M.M., no motion for appointment of a guardian ad litem was filed by Ms. Valbovinos. Because the claims of M.M. may only be brought "by a next friend or a guardian ad litem," a guardian must be appointed to protect the minor's interests. *See* Fed. R. Civ. P. 17(c)(2).

///

1

Accordingly, the Court **ORDERS**: Plaintiffs **SHALL** file a motion for Ms. Valbovinos to be appointed as guardian ad litem for minor plaintiff M.M. no later than **December 21, 2018** and set for hearing before District Judge Dale A. Drozd.

IT IS SO ORDERED.

    Dated: **November 29, 2018**     **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE