# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO MACIAS, et al., | Case No.: 1:18-cv-1634 - DAD- JLT |
| Plaintiffs, | ORDER TO PLAINTIFFS AND THEIR COUNSEL WHY THE MATTERS SHOULD NOT BE DISMISSED AS TO M.M. FOR THE FAILURE TO COMPLY WITH THE COURT'S ORDERS AND LOCAL RULE 202 |
| v. | |
| CITY OF DELANO, et al., | |
| Defendants. | |

Recently, the Court noted that M.M. was attempting to prosecute this action without demonstrating compliance with Local Rule 202. (Doc. 5) Consequently, the Court ordered Esmeralda Valbovinos to file a motion to be appointed as M.M.'s guardian ad litem by **December 21, 2018**. She failed to comply. Thus, because M.M. is incompetent to proceed (Fed.R.Civ.P.17(c)), the Court **ORDERS**:

1. **No later than January 7, 2019**, the plaintiffs and their counsel SHALL show cause in writing why the action should not be dismissed as to M.M. and, if it is dismissed as to M.M. whether the action may proceed despite that it would not include all known heirs as required by California Civil Code 377.60.

IT IS SO ORDERED.

Dated: **December 27, 2018**    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE