# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO MACIAS, et al., | Case No.: 1:18-cv-1634 -DAD JLT |
| Plaintiffs, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED DECEMBER 27, 2018 |
| v. | |
| CITY OF DELANO, et al., | |
| Defendants. | |

On December 27, 2018, the Court ordered Plaintiffs and their counsel to show cause why the claims of the minor M.M. should not be dismissed, because the minor was not represented by a guardian ad litem. (Doc. 6) On January 2, 2019, Plaintiffs filed a motion for Esmeralda Valbovinos to be appointed as the guardian ad litem for M.M. (Doc. 7)

Accordingly, the Court **ORDERS**: the Order to Show Cause dated December 27, 2018 (Doc. 6) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **January 4, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1