# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO MACIAS, et al., ) | Case No.: 1:18-cv-1634 -DAD JLT |
| Plaintiffs, ) ) | ORDER TO SHOW CAUSE WHY SANCTIONS, INCLUDING TERMINATING SANCTIONS, SHOULD NOT BE ISSUED |
| v. ) ) | |
| CITY OF DELANO, ) ) | |
| Defendants. ) ) | |

The plaintiffs filed this action on November 28, 2018. (Doc. 1) The same day, the Court issued the summons (Doc. 3) and its order setting the mandatory scheduling conference to occur on February 26, 2019. (Doc. 3) The order reads,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 4 at 1) The next day, the Court ordered that the person purporting to act as the child's guardian ad litem, file a motion seeking to be appointed in that role. (Doc. 5) Nevertheless, neither she nor counsel responded to the order. Thus, on December 27, 2018, the Court ordered the plaintiffs to show cause why the action should not be dismissed as to the child due the child's lack of capacity to sue.

1

(Doc. 6) Though ignoring the order to show cause, on January 2, 2019, the prospective guardian ad litem filed the motion and two days later, the Court granted it. (Doc. 8) Despite the failure to respond to the order to show cause, the Court discharged it based upon the filing of the motion and the need to move the case along. (Doc. 8)

Once again, apparently, the plaintiffs have decided against prosecuting this action. They have not filed a proof of service and the defendant has not appeared. Therefore, the Court **ORDERS**:

1. **No later than February 22, 2019**, the plaintiffs **SHALL** show cause why sanctions, up to and including dismissal of the action, should not be imposed for its failure to comply with Fed.R.Civ.P. 4(m) and with the Courts orders and to prosecute this action;

2. The scheduling conference is **CONTINUED** to March 28, 2019 at 9:30 a.m.

**Failure to respond timely to this order by setting forth adequate legal justification for the plaintiffs' failures, will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **February 13, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE