# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO MACIAS, et al., ) | Case No.: 1:18-cv-1634 -DAD JLT |
| Plaintiffs, ) ) | ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED FEBRUARY 14, 2019 |
| v. ) ) | |
| CITY OF DELANO, et al., ) ) | |
| Defendants. ) ) | |

On February 14, 2019, the Court ordered the plaintiffs to show cause why sanctions should not be imposed for their failure to serve and file proof of service on of the summons and complaint. (Doc. 10) The same day, plaintiffs' counsel filed a proof of service[1] indicating service occurred on February 1, 2019 (Docs. 11, 12). Thus, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **February 19, 2019**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] The proof of service does not identify the defendant served, the case name or the case number (except that which is auto-stamped by the CM/ECF system), but because there is only one defendant in this case and Mr. Burris asserts service has occurred in this case on the sole defendant (Doc. 13), the understands that service has occurred on the City of Delano.

1