UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO MACIAS, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF DELANO,<br><br>　　　　　　　　Defendants. | CASE NO.: 1:18-cv-01634-DAD-JLT<br><br>ORDER GRANTING STIPULATION ALLOWING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES<br>(Doc. 24) |

The parties have stipulated to allow the plaintiff to file an amended complaint to name the officer who shot the decedent (Doc. 24). Thus, the Court **ORDERS**:

1. The plaintiff may file their amended complaint (attached to the stipulation (Doc. 24) as exhibit A) within three court days;

2. The defendants have 21 days from the filing of the amended complaint to file their responsive pleading.

IT IS SO ORDERED.

Dated: **September 10, 2019**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE