1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| FRANCO MACIAS, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY OF DELANO, et al.,<br><br>                Defendants. | Case No.: 1:18-CV-01634 - DAD - JLT<br><br>ORDER AMENDING THE CASE SCHEDULE (Docs. 36)<br><br>ORDER DENYING AS MOOT MOTION TO AMEND THE CASE SCHEDULE (Doc. 37)<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO SERVE THIS ORDER ON DEPUTY ATTORNEY GENERAL, MONICA ANDERSON, AND THE LITIGATION COORDINATOR FOR MULE CREEK STATE PRISON. |

20
21
22
23
24
25

Counsel for the parties have stipulated to amend the case schedule (Doc. 32).  After the Court denied the stipulation due to their failure to demonstrate good cause for the amendment, the parties filed a further stipulation supported by evidence to explain their need for more discovery time. (Doc. 36) Unfortunately, the Court missed the filing and, because the parties failed to lodge a proposed order, the fact that the stipulation was overlooked was not brought to the Court's attention until the plaintiff has now filed a formal motion to amend the case schedule (Doc. 37)

26
27
28

Counsel detail the diligence exercised to attempt to take the deposition of an inmate, Peter Garnica (Doc. 36 at 3-4). Due to reasons outside of the plaintiff's control—several moves in institutions and the COVID-19 crisis—the deposition has not yet occurred. Id.  Thus, the Court

finds there is good cause to extend the discovery deadline to allow for this deposition and the Court GRANTS the stipulation (Doc. 36)[1] and ORDERS the case schedule amended as follows:

1. All non-expert discovery SHALL be completed no later than November 6, 2020;

2.      The parties are authorized to take the deposition of inmate Peter Garnica (CDCR # BK4375), an inmate at Mule Creek State Prison. Counsel **SHALL** comply with the rules and regulations of the facility. The Court lacks jurisdiction over the state prison and, therefore, cannot order it to do anything.  However, the Court **DIRECTS** the Clerk of the Court to serve a copy of this order to Deputy Attorney General, Monica Anderson, and the Litigation Coordinator for Mule Creek State Prison, with the Court's request that they assist counsel in completing the deposition as soon as possible.

IT IS SO ORDERED.

Dated:   __September 8, 2020__          _____**/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Consequently, the motion to amend the case schedule (Doc. 37) is DENIED as MOOT.