UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO MACIAS, et al., ) | NO. 1:18-cv-01634-DAD-JLT |
| ) | |
| Plaintiffs, ) | [~~PROPOSED~~] ORDER RE: |
| v. ) | STIPULATION TO CONTINUE |
| ) | MANDATORY SETTLEMENT |
| CITY OF DELANO, ) | CONFERENCE |
| ) | (Doc. 55) |
| Defendants. ) | |

Based upon the stipulation of the parties, the Court VACATES the settlement conference. If the motion for summary judgment is not granted in full, within 21 days after the Court's ruling, counsel SHALL file a stipulation to re-set the settlement conference.

IT IS SO ORDERED.

Dated:  **February 22, 2021**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE