UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCO MACIAS, *et al.*<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF DELANO, *et al*.<br><br>　　　　　　　　Defendants. | Case No. 1:18-cv-01634-ADA-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFFS' EX PARTE PETITION FOR APPROVAL OF MINOR'S COMPROMISE<br><br>(Doc. 82) |

　　　　On April 25, 2023, Plaintiffs filed an ex parte petition for approval of minor's compromise for Plaintiff M.M. (Doc. 79). On May 12, 2023, the Magistrate Judge issued an order requiring Plaintiffs to submit supplemental briefing. (Doc. 80). The Magistrate Judge found the petition satisfied the requirements of Local Rules 202(c) and 202(e). *Id*. at 4-5. However, the Magistrate Judge determined supplemental briefing was necessary to develop the record of steps the parties took to obtain this settlement, the suitability of the settlement amount, and the proposed attorneys' fees. *Id*.

　　　　On May 27, 2023, Plaintiffs filed a supplement in support of the petition for approval of compromise for minor Plaintiff M.M. (Doc. 81). On May 31, 2023, the Magistrate Judge issued findings and recommendations granting the ex parte petition to approve minor's compromise for minor Plaintiff M.M. (Doc. 82). The findings and recommendations advised the parties that they may file any objections within 14 days after service of the order and that the "failure to file

objections within the specified time may waive the right to appeal the District Court's order." *Id*. at 9 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).  The parties did not file objections or any other response to the findings and recommendations, and the deadline to do so has passed.

Pursuant to 28 U.S.C. § 636(b)(1)(C), and Local Rule 304, this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire matter, this Court concludes the findings and recommendations are supported by the record and by proper analysis.  Accordingly, the Court HEREBY ORDERS:

1. The May 31, 2023, findings and recommendations (Doc. 82) are adopted in full;
2. Plaintiffs' ex parte petition to approve minor's compromise for minor Plaintiff M.M. (Doc. 79) be GRANTED; and
3. The Court shall approve the minor's compromise according to the terms set forth in the Ex Parte Petition to Approve the Minor's Comprise for minor Plaintiff M.M.

IT IS SO ORDERED.

Dated:   June 30, 2023

UNITED STATES DISTRICT JUDGE